SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES S. BROWN  Bar No. 135810
JENNIFER A. DONNELLAN  Bar No. 210795
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
james.brown@sdma.com
jennifer.donnellan@sdma.com

Attorneys for Defendant
KERRY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GOLEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>KERRY, INC., a corporation, DOE ONE through ONE HUNDRED, Inclusive,<br><br>    Defendants. | CASE NO.  C 07-05984 EMC<br><br>**NOTICE OF NOTICE OF FILING NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that defendant KERRY INC. has, on November 27, 2007, filed in the Superior Court of California, County of Alameda, a Notice of Filing of Notice of Removal in the above-entitled action, a copy of which is attached hereto.

DATED: November __, 2007            SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                                        By: _____
                                                              James S. Brown
                                                              Jennifer A. Donnellan
                                                              Attorneys for Defendant KERRY INC.

SF/1466730v1

-1-
NOTICE OF NOTICE OF FILING NOTICE OF REMOVAL

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On November 28, 2007, I served the within document(s):

**NOTICE OF NOTICE OF FILING NOTICE OF REMOVAL**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Randall M. Widmann                                 Attorney for Plaintiff
Law Offices of Randall M. Widmann
2479 E. Bayshore Road, Suite 703
Palo Alto, CA  94303
(650) 424-8400 (tel)
(650) 617-6888 (fax)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 28, 2007, at San Francisco, California.

_____
Cristi Hursh

SF/1466475v1

```
SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES S. BROWN
JENNIFER S. DONNELLAN
1 Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
james.brown@sdma.com
jennifer.donnellan@sdma.com

Attorneys for Defendant
KERRY INC.
```

ENDORSED FILED
ALAMEDA COUNTY

NOV 2 7 2007

CLERK OF THE SUPERIOR COURT
By KMEL DHILLON Deputy

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ALAMEDA
## UNLIMITED JURISDICTION

REYNALDO GOLEZ,

    Plaintiff,

vs.

KERRY, INC., a corporation, DOE ONE through ONE HUNDRED, inclusive,

    Defendants.

CASE NO. HG07350064

**NOTICE OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT**

BY FAX

    Defendant, Kerry Inc. ("Kerry"), by its attorneys, hereby notifies this Court that on November 27, 2007, it removed the foregoing matter from this Court to the United States District Court for the Northern District of California. A copy of the Notice of Removal is attached hereto.

DATED: November 27, 2007    KERRY INC., Defendant

By: _____
    JAMES S. BROWN

-1-
NOTICE OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On November 27, 2007, I served the within document(s):

**NOTICE OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Randall M. Widmann                                    Attorney for Plaintiff
Law Offices of Randall M. Widmann
2479 E. Bayshore Road, Suite 703
Palo Alto, CA  94303
(650) 424-8400 (tel)
(650) 617-6888 (fax)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 27, 2007, at San Francisco, California.

Cristi Hursh

SF/1466475v1