Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

REYNOLDO GOLEZ,

           Plaintiff(s),

v.

KERRY, INC., a corporation, DOE ONE through ONE HUNDRED, inclusive,

           Defendant(s).

CASE NO.  C 07-05984 EMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert H. Brown, an active member in good standing of the bar of Illinois, Connecticut, and other Courts (particular court to which applicant is admitted) whose business address and telephone number is 515 North State Street, Suite 2800, Chicago, Illinois 60610; 312/467-9800

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 28, 2007

Edward M. Chen
United States Magistrate Judge

EXHIBIT A

## BAR MEMBERSHIPS OF ROBERT H. BROWN

a. Supreme Court of Illinois – 1972.

b. Superior Court of New Haven County, Connecticut – 1977.

c. Supreme Court of Florida –(inactive) 1986. (Inactive)

d. U.S. District Court (N.D. Ill.) (and Trial Bar) – 1972.

e. U.S. District Court (E.D. Wis.) – 1995 (Est.).

f. U.S. District Court (D. Col.) – 1997 (Est.).

g. U.S. Court of Appeals for the Fourth Circuit – 1990.

h. U.S. Court of Appeals for the Fifth Circuit – 1996. (Inactive)

i. U.S. Court of Appeals for the Sixth Circuit – 1998 (Est.).

j. U.S. Court of Appeals for the Seventh Circuit – 1983.

k. U.S. Court of Appeals for the Ninth Circuit – 1980.

l. U.S. Court of Appeals for the Tenth Circuit – 1981.

m. Supreme Court of the United States – 1980.