Law Offices of
RANDALL M. WIDMANN
Randall M. Widmann, State Bar No. 73154
2479 E. Bayshore Rd., #703
Palo Alto, California  94303
(650) 424-8400

Attorney for Plaintiff,
REYNALDO GOLEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO GOLEZ, | ) Case No. C-07-05984 EMC |
| Plaintiff, | ) **PLAINTIFF'S DEMAND FOR** |
| vs. | ) **JURY TRIAL** |
| KERRY, INC., a corporation, DOE ONE through ONE HUNDRED, inclusive, | ) |
| Defendants. | ) |

    Plaintiff, REYNALDO GOLEZ, demands a jury trial in the above entitled matter as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: 12/03/07                                  _____/s/_____
                                                 RANDALL M. WIDMANN
                                                 Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**