Law Offices of
RANDALL M. WIDMANN
Randall M. Widmann, State Bar No. 73154
2479 E. Bayshore Rd., #703
Palo Alto, California 94303
(650) 424-8400

Attorney for Plaintiff,
REYNALDO GOLEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO GOLEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KERRY, INC., a corporation, DOE ONE through ONE HUNDRED, inclusive,<br><br>    Defendants. | Case No. C-07-05984 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: 12/03/07                                     /s/
                                                                RANDALL M. WIDMANN
                                                                Attorney for Plaintiff

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**