IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Reynaldo Golez,**

        Plaintiff(s),

v.

**Kerry Inc.,**

        Defendant(s),  /

No. C07-5984 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for **March 4, 2008** at **2:00 p.m.** before the Honorable Martin J. Jenkins. The Joint Case Management Conference Statement is due 10 days prior to the conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 12, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Lashanda Scott
    Lashanda Scott
    Courtroom Deputy