LANER MUCHIN DOMBROW BECKER
  LEVIN AND TOMINBERG LTD.
ROBERT H. BROWN
515 North State Street – Suite 2800
Chicago, IL 60610
Telephone: (312) 467-9800
Facsimile: (312) 467-9479
rbrown@lanermuchin.com

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES S. BROWN (Bar No. 135810)
JENNIFER S. DONNELLAN (Bar No. 210795)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
james.brown@sdma.com
jennifer.donnellan@sdma.com

Attorneys for Defendant
KERRY INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GOLEZ, | CASE NO. C-07-05984 SI |
| Plaintiff, | **STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| KERRY, INC., a corporation, DOE ONE through ONE HUNDRED, inclusive, | |
| Defendant. | |

   Plaintiff, Reynaldo Golez, and Defendant, Kerry Inc., by their attorneys, hereby jointly move that the Case Management Conference, presently set for March 10, 2008, be reset for March 31, 2008, April 7, 2008, or another date convenient to the Court (but not during the time period April 23 through May 12 when Plaintiff's attorney will be unavailable). As grounds for this Motion, the parties represent:

   1.   On or about February 21, 2008, the Court rescheduled subject Case Management

-1-

STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Document ID: 469872.1  2/29/2008 1:34:40 PM

1 Conference, following reassignment of the case from Judge Jenkins.

2. Prior to the rescheduling, the case had been reassigned from Magistrate Judge Chen to Judge Jenkins. The parties believed that the dates set by Judge Chen for pre-case management conference stipulations had been mooted by the reassignment to Judge Jenkins so they did not draft those stipulations. The parties had been informed that Judge Jenkins was leaving the Court, and the matter would be reassigned. Therefore, Defendant had not requested a continuance of Judge Jenkins' setting of the conference for March 5, (due to Robert H. Brown's vacation schedule referenced below).

3. Mr. Brown, primary counsel for Defendants, represents that he is located in Chicago, Illinois. Mr. Brown will be on vacation the entire week prior to March 10. On March 11, he has a long scheduled and once postponed all day settlement conference with an administrative law judge who is traveling to Chicago for the conference. Because of flight schedules necessary to travel to San Francisco from Chicago and back, Mr. Brown will be unable to attend the March 10 Case Management Conference and return to Chicago in time for the March 11 settlement conference. Also, in the interests of efficiency, Mr. Brown desires to complete local witness interviews in this case on the day following any scheduled Case Management Conference.

DATED: February 29, 2008

/s/Robert H. Brown  
One of the Attorneys for Defendant

/s/Randall M. Widmann  
Attorney for Plaintiff

Dated: 3/3/08

Further CMC moved to 3/31/08 @ 2:30 p.m.



IT IS SO ORDERED  
Judge Susan Illston

-2-

STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Document ID: 469872.1   2/29/2008 1:34:40 PM

SEDGWICK  
DETERT, MORAN & ARNOLD LLP