IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO GOLEZ,                       No. C 07-05984SI

       Plaintiff,                      **NOTICE**

   v.

KERRY INC,

       Defendant.
                               /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the case management conference has been continued to Friday, April 4, 2007, at 2:00 p.m. The joint case management conference statement shall be filed one week prior to the conference.

Dated: March 12, 2008                                      RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk