UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REYNALDO GOLEZ

              Plaintiff(s),

v.

KERRY, INC., a coporation, DOE ONE
through ONE HUNDRED, inclusive
              Defendant(s).
_____/

Case No.  07-05984SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  March 28, 2008

KERRY, INC.
*[signature]*
s/Suzanne Kiwaiko, Sr. Counsel
[Party]

Dated:  March 28, 2008

*[signature]*
s/Robert H. Brown
[Counsel]