UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REYNALDO GOLEZ

                Plaintiff(s),

v. KERRY, INC., et al.

                Defendant(s).
_____/

Case No. 07-05984 Sl

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.go *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 3/28/08                                      /s/ REYNALDO GOLEZ
                                                       [Party]


Dated: 3/28/08                                      /s/ RANDALL WIDMANN
                                                       [Counsel]