**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C-07-5984 SI           Judge:   SUSAN ILLSTON

Title: GOLEZ -v- KERRY INC.,

Attorneys: R. Widman            R. Brown

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **7/18/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **12/5/08    @ 9:00 a.m.**   for Motions
(Motion due **10/31/08**, Opposition **11/14/08** Reply **11/21/08**)

Case continued to **2/10/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/23/09    @ 8:30 a.m.**  for Trial (jury:   Days)
Discovery Cutoff: 10/3/08  Designate Experts by: 8/29/08, Rebuttal Experts:9/15/08, Expert Discovery Cutoff:10/3/08

ORDERED AFTER HEARING:
The parties shall participate in private mediation by June 30, 3008.
Counsel shall inform the Court of the mediator selected by April 25, 2008.

Cc: ADR