# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GOLEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KERRY INC,<br><br>　　　　　Defendant.<br>_____/ | No. C 07-05984 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 18, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 3, 2008.

DESIGNATION OF EXPERTS: 8/29/08; REBUTTAL: 9/15/08.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 3, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 31, 2008;

　　Opp. Due November 14, 2008;  Reply Due November 21, 2008;

　 and set for hearing no later than December 5, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 10, 2009 at 3:30 PM.

JURY TRIAL DATE: February 23, 2009 at 8:30 AM.,
　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation by June 30, 2008.
Counsel shall inform the Court of the mediator selected by April 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge