IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO GOLEZ,  No. C 07-05984 SI

       Plaintiff, **PRETRIAL PREPARATION ORDER**

  v.

KERRY INC,

       Defendant.
                                     /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 18, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 3, 2008</u>.

DESIGNATION OF EXPERTS: <u>8/29/08</u>; REBUTTAL: <u>9/15/08</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 3, 2008</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 31, 2008</u>;

   Opp. Due <u>November 14, 2008</u>;  Reply Due <u>November 21, 2008</u>;

  and set for hearing no later than <u>December 5, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 10, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 23, 2009</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation by June 30, 2008.
Counsel shall inform the Court of the mediator selected by April 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____
                                                   SUSAN ILLSTON
                                                   United States District Judge