

**Laner Muchin Dombrow Becker Levin and Tominberg, Ltd.**

April 24, 2008

**VIA E-MAIL (tracy_sutton@cand.uscourts.gov)**

The Honorable Susan Illston
U.S. District Judge
c/o Tracy Sutton
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA  94102

    **Re:** <u>**Golez v. Kerry, Inc.**</u> **(No. C-07-5984 SI)**

Dear Judge Illston:

    Pursuant to your instructions at an April 7, 2008 Initial Case Management Conference, the parties hereby notify you that they have agreed upon mediator James R. Madison, 750 Menlow Avenue, Suite 250, Menlow Park, California.

                                  Respectfully,

                                    Robert H. Brown
                                  Attorney for Defendant

RHB:pam
cc:    Randall W. Widmann (via e-mail)
        James R. Brown (via e-mail)
        Jennifer Donnellan (via e-mail)
        Suzanne Kiwaiko (via e-mail)

Law Offices
515 North State Street, Suite 2800  Chicago, Illinois 60610
Phone 312.467.9800  Fax 312.467.9479  www.lanermuchin.com

Document ID: 473769.1   4/24/2008 11:31:52 AM