**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-07-5984 SI            Judge:   SUSAN ILLSTON

Title: GOLEZ -v- KERRY INC.,

Attorneys: R. Widman            R. Brown

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to  for Further Case Management Conference

Case continued to   for Pretrial Conference

Case continued to   for Trial (jury:  Days)

ORDERED AFTER HEARING:

Counsel have agreed to participate in a further mediation session before October 10, 2008.
By July 25, 2008, counsel must inform the Court of the mediator selected or request for a referral to a court sponsored ADR procedure.