LAW OFFICES OF
# RANDALL M. WIDMANN
2479 EAST BAYSHORE ROAD
SUITE 703
PALO ALTO, CALIFORNIA 94303
TELEPHONE (650) 424-8400
FACSIMILE (650) 617-6888

July 25, 2008

**Via E-mail**: Sipdf@cand.uscourts.gov

Hon. Susan Ilston
U.S. District Court Judge
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

      **Re:**   *Golez v. Kerry, Inc.*
              *U.S. District Court Case No. C-07-5984 SI*

Dear Judge Ilston:

      The parties have agreed to use Mr. James Madison again for further mediation as per your order at the Case Management Conference.

                        Sincerely,

                        LAW OFFICES OF RANDALL M. WIDMANN

                        By:
                            */s/*
                          Randall M. Widmann
                          Attorney for Plaintiff, Reynaldo Golez

RMW: ad

cc:    Robert Brown, Esq.-rbrown@lanermuchin.com
        James Brown, Esq. -james.brown@sdma.com