LAW OFFICES OF
**RANDALL M. WIDMANN**
2479 EAST BAYSHORE ROAD
SUITE 703
PALO ALTO, CALIFORNIA 94303
TELEPHONE (650) 424-8400
FACSIMILE (650) 617-6888

August 6, 2008

**Via E-mail**: SIpdf@cand.uscourts.gov

Hon. Susan Ilston
U.S. District Court Judge
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

        **Re:**   *Golez v. Kerry, Inc.*
                *U.S. District Court Case No. C-07-5984 SI*

Dear Judge Ilston:

      The parties in the above-captioned matter have stipulated that Plaintiff may file an amended Complaint. I would ask that your Honor review the attached Stipulation and if your Honor finds the Stipulation in order, please execute the Order and have your clerk e- file the same.

      I thank your Honor for your Honor's consideration. I trust your Honor will contact me should you have any questions or concerns.

                                    Sincerely,

                                    LAW OFFICES OF RANDALL M. WIDMANN

                                    By:

                                          */s/*
                                    Randall M. Widmann
                                    Attorney for Plaintiff, Reynaldo Golez

RMW: ad

cc:     Robert Brown, Esq.-rbrown@lanermuchin.com
          James Brown, Esq. -james.brown@sdma.com