1  Law Offices of
   RANDALL M. WIDMANN
2  RANDALL M. WIDMANN, St. Bar No. 73154
   2479 E. Bayshore Rd., Suite 703
3  Palo Alto, California  94303
   (650) 424-8400
4
   Attorney for Plaintiff
5  REYNALDO GOLEZ

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
   REYNALDO GOLEZ,                       ) No. C-07-05984 SI
10                                        )
                                          ) STIPULATION AND ORDER RE
11                                        ) FILING A FIRST AMENDED
                         Plaintiff,       ) COMPLAINT
12                                        )
                v.                        )
13                                        )
                                          )
14 KERRY, INC. a corporation, DOE ONE through )
   ONE HUNDRED, inclusive,                )
15                                        )
                         Defendants.      )
16 _____)

17
        Plaintiff, REYNALDO GOLEZ, and Defendant, KERRY, INC., through their respective
18
   attorneys of record do hereby stipulate as follows:
19
        Plaintiff may file his First Amended Complaint and that this stipulation may be made an
20
   / / /
21
   / / /         [Intentionally left blank]
22
   / / /
23

24

25

26

27

28 **STIPULATION AND ORDER**                                                                   1

1  Order of this Court.  The parties further stipulate that the Defendant's Answer to the original
2  complaint shall be deemed its answer to the First Amended Complaint with the same force and
3  effect.
4
5  Dated:   08/06/08                    /s/  Randall M. Widmann
                                        Randall M. Widmann
6                                       Attorney for Plaintiff

7  Dated:   08/05/08                    /s/   Robert Brown
                                        Robert Brown
8                                       Attorney for Defendant
9
   IT IS SO ORDERED.
10
11  Dated:_____            _____
                                         Judge, Susan Illston
12                                       Judge, U. S. District Court
13
...
28  **STIPULATION AND ORDER**                                              2