```
1  Law Offices of
   RANDALL M. WIDMANN
2  RANDALL M. WIDMANN, St. Bar No. 73154
   2479 E. Bayshore Rd., Suite 703
3  Palo Alto, California  94303
   (650) 424-8400
4
   Attorney for Plaintiff
5  REYNALDO GOLEZ
```

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  REYNALDO GOLEZ, | ) No . C-07-05984 SI |
| 11 | ) |
| | ) STIPULATION AND ORDER RE |
| | ) FILING A FIRST AMENDED |
| 12              Plaintiff, | ) COMPLAINT |
| 13       v. | ) |
| | ) |
| 14  KERRY, INC. a corporation, DOE ONE through | ) |
|     ONE HUNDRED, inclusive, | ) |
| 15 | ) |
| 16              Defendants. | ) |

17     Plaintiff, REYNALDO GOLEZ, and Defendant, KERRY, INC., through their respective

18 attorneys of record do hereby stipulate as follows:

19     Plaintiff may file his First Amended Complaint and that this stipulation may be made an

20 / / /

21 / / /        [Intentionally left blank]

22 / / /

28 **STIPULATION AND ORDER**                                                                 1

1 | Order of this Court.  The parties further stipulate that the Defendant's Answer to the original
2 | complaint shall be deemed its answer to the First Amended Complaint with the same force and
3 | effect.

5 | Dated:    08/06/08                     /s/  Randall M. Widmann
6 |                                        Randall M. Widmann
  |                                        Attorney for Plaintiff

7 | Dated:    08/05/08                     /s/   Robert Brown
8 |                                        Robert Brown
  |                                        Attorney for Defendant

10 | IT IS SO ORDERED.

11 | Dated:_____       _____
12 |                                        Judge, Susan Illston
   |                                        Judge, U. S. District Court

28 | **STIPULATION AND ORDER**                                          2