1  Law Offices of
   RANDALL M. WIDMANN
2  RANDALL M. WIDMANN, St. Bar No. 73154
   2479 E. Bayshore Rd., Suite 703
3  Palo Alto, California  94303
   (650) 424-8400
4
   Attorney for Plaintiff
5  REYNALDO GOLEZ

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9
   REYNALDO GOLEZ,                      ) No . C-07-05984 SI
10                                      )
                                        ) STIPULATION AND ORDER RE
11                                      ) FILING A FIRST AMENDED
                       Plaintiff,       ) COMPLAINT
12                                      )
              v.                        )
13                                      )
                                        )
14 KERRY, INC.  a corporation, DOE ONE through )
   ONE HUNDRED, inclusive,              )
15                                      )
                       Defendants.      )
16 _____)

17
        Plaintiff, REYNALDO GOLEZ, and Defendant, KERRY, INC., through their respective
18
   attorneys of record do hereby stipulate as follows:
19
        Plaintiff may file his First Amended Complaint and that this stipulation may be made an
20
   / / /
21
   / / /            [Intentionally left blank]
22
   / / /
23

24

25

26

27

28 **STIPULATION AND ORDER**                                                          1

1 | Order of this Court.  The parties further stipulate that the Defendant's Answer to the original
2 | complaint shall be deemed its answer to the First Amended Complaint with the same force and
3 | effect.
4 |
5 | Dated:    08/06/08                         /s/  Randall M. Widmann
  |                                            Randall M. Widmann
6 |                                            Attorney for Plaintiff
7 | Dated:    08/05/08                         /s/   Robert Brown
  |                                            Robert Brown
8 |                                            Attorney for Defendant
9 |
10 | IT IS SO ORDERED.
11 | Dated:_____      _____
  |                                            Judge, Susan Illston
12 |                                            Judge, U. S. District Court

28 | **STIPULATION AND ORDER**                                                    2