IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GOLEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>KERRY, INC. and DOES 1-100, inclusive,<br><br>      Defendants.<br>_____/ | No. C 07-05984 SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DENY OR CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [Docket No. 60]** |

On November 19, 2008, plaintiff moved for the Court to deny or continue defendant's motion for summary judgment in order to allow plaintiff to depose defendant and other witnesses. [Docket No. 60] Plaintiff filed his motion one day after the Court gave plaintiff permission to reconvene the Rule 30(b)(6) deposition that plaintiff terminated on September 9, 2008. *See* November 18, 2008 Order. [Docket No. 59] In its November 18 order, the Court also considered and denied plaintiff's prior request for a continuance. The Court has already decided that plaintiff is not entitled to a continuance to complete the deposition that he terminated without good cause. Nothing in plaintiff's most recent request alters this conclusion. Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: 11/25/08

                                                 SUSAN ILLSTON<br>                                               United States District Judge